# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS ENRIQUE SALAS,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>Defendant. | Case No. 1:13-cv-0429<br><br>ORDER GRANTING STAY OF PROCEEDINGS<br><br>ECF NO. 15 |

On October 1, 2013, the Commissioner of Social Security ("Defendant") filed a motion to stay these proceedings in light of the federal government shutdown.  As federal employees, Defendant and their attorneys are prohibited from working on this matter absent congressional appropriation of funds for the relevant federal entities.  In light of the circumstances surrounding this request, the Court will grant the stay immediately without further briefing or argument.  See Local Rule 102(d).  Any party who opposes the stay or wishes to lift the stay may file a motion for reconsideration or a motion to lift the stay at any time.  See Local Rule 230(j) and (b).

Accordingly, **IT IS HEREBY ORDERED that:**

1. This action is STAYED until funding for Defendant and their attorneys is restored;

1

    2.    Defendants shall file a notice with the Court within three court days after funding is restored along with a proposed order lifting this stay; and

    3.    To the extent that any deadlines or dates are affected by the stay, the parties shall file a joint statement within three court days after funding is restored identifying the deadlines and dates affected by the stay along with new proposed deadlines and dates.

IT IS SO ORDERED.

Dated: **October 2, 2013**  /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

2